It is ORDERED that the petition for certification is denied.

169 A.3d 968

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SAIHING CHAN, DEFENDANT-PETITIONER.

June 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004327–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 968

STATE OF NEW JERSEY, PLAINTIFF-APPLICANT,
v. IYAHNA BAKER, DEFENDANT.

June 1, 2017

ORDER

This matter having been opened to the Court on the State's motion for leave to appeal from the Superior Court, Appellate Division's judgment of April 11, 2017; and

It appearing that the trial court mistakenly did not provide a written explanation for its reasons when departing from the

pretrial services recommendation that defendant be detained, as required by *N.J.S.A.* 2A:162–23(a)(2), *see State v. Baker*, No. A–2247–1–6, 2017 *WL* 1326444 (App. Div. Apr. 11, 2017) (Slip op. at 3); it is hereby

ORDERED that the matter is remanded to the trial court for entry of a written explanation of its reasons, as required by with *N.J.S.A.* 2A:162–23(a)(2). Jurisdiction is retained.